■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD R. ROCKLIN, Appellant. [698 NYS2d 119] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon a plea of guilty of attempted assault in the first degree (Penal Law §§ 110.00, 120.10 [1]). Defendant's knowing and voluntary waiver of the right to appeal encompasses the right to challenge Supreme Court's

denial of a youthful offender adjudication (*see, People v Franklin*, 261 AD2d 900; *People v Watkins*, 261 AD2d 962). In any event, we reject defendant's contention that the court failed to consider youthful offender treatment (*see*, CPL 720.20 [1]). Defendant pleaded guilty with the understanding that he would not receive youthful offender treatment, and he did not move to withdraw his plea (*see, People v Ciminera*, 202 AD2d 684, 685, *lv denied* 83 NY2d 909). We reject defendant's further contention that the court erred in ordering restitution without conducting a hearing (*see*, Penal Law § 60.27 [2]). Defendant stipulated to the amount of restitution and "did not seek the hearing that he was entitled to by law" (*People v Kelly,* 238 AD2d 938, *lv denied* 90 NY2d 906; *cf., People v Barton*, 259 AD2d 989). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Attempted Assault, 1st Degree.) Present— Pine, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.